JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Azalia Graham

## DEFENDANTS

CEC Entertainment, LLC

**(b)** County of Residence of First Listed Plaintiff   Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Texas
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Simon & Simon, Harry Gosnear, Esq.18 Campus Blvd., Suite 100, Newtown Square, PA 19073, 215-467-4666

Attorneys *(If Known)*

Kelly Trewella, Esq. Naulty, Scaricamazza & McDevitt, 1617 JFK Blvd., Ste. 750, Phila. PA 19103, 484-238-7848

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

|  |  |  |
|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | Protection Act |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal | Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | Medical Malpractice | | Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Act/Review or Appeal of |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other | ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |
|---|---|---|---|---|---|---|

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC sec. 1332

Brief description of cause:
slip and fall

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
>75k

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
11/11/22

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 5216 N. Carlisle St., Philadlephia, PA 19141 _____

Address of Defendant: _____ 1707 Market Place Blvd., Suite 200, Irving Texas _____

Place of Accident, Incident or Transaction: _____ Philadelphia, PA _____

---

**RELATED CASE, IF ANY:**

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 11/11/2022                    Must sign here                    205814
_____          _____          _____
                    *Attorney-at-Law / Pro Se Plaintiff*          *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

**A.  Federal Question Cases:**

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☐ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
       *(Please specify):* _____

**B.  Diversity Jurisdiction Cases:**

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault. Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☑ 6. Other Personal Injury *(Please specify):* slip and fall
☐ 7. Products Liability
☐ 8. Products Liability — Asbestos
☐ 9. All other Diversity Cases
       *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____ Kelly Trewella, Esq. _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☑ Relief other than monetary damages is sought.

DATE: 11/11/2022                    Sign here if applicable                    205814
_____          _____          _____
                    *Attorney-at-Law / Pro Se Plaintiff*          *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38

*Civ. 609 (5 2018)*

**IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT PENNSYLVANIA**

| | | |
|---|---|---|
| AZALIA GRAHAM | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION NO.: |
| CEC ENTERTAINMENT, INC. d/b/a Chuck | : | |
| E. Cheese and CEC ENTERTAINMENT | : | |
| CONCEPTS, LLC and LIDL UA | : | |
| OPERATIONS, LLC and SITALA | : | |
| TERRELL-HOLLOWAY | : | |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2022, upon

consideration of the Notice of Removal of Defendants CEC Entertainment, LLC and Defendant

Sitala Terrell-Holloway, and upon finding that Defendant Sitala Terrell-Holloway's citizenship

shall not be considered for the purposes of the Notice of Removal based on the doctrine of

fraudulent joinder, it is hereby ORDERED and DECREED that this matter shall be transferred

from the Philadelphia Court of Common Pleas to the United States District Court for the Eastern

District of Pennsylvania.


_____
                                                    J.

**IN THE UNITED STATE DISTRICT COURT**
**FOR THE EASTERN DISTRICT PENNSYLVANIA**

| | |
|---|---|
| AZALIA GRAHAM | : |
| | : |
| v. | : |
| | :  CIVIL ACTION NO.: |
| CEC ENTERTAINMENT, INC. d/b/a | : |
| Chuck E. Cheese and CEC | : |
| ENTERTAINMENT CONCEPTS, LLC | : |
| and LIDL UA OPERATIONS, LLC and | : |
| SITALA TERRELL-HOLLOWAY | : |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF SAID COURT:

The Defendants, CEC Entertainment, LLC and Sitala Terrell-Randolph, by and through their undersigned counsel, hereby file this Notice of Removal based on diversity of citizenship and in support thereof, avers as follows:

1. This action was commenced via the filing of a Complaint on September 29, 2022 in the Court of Common Pleas of Philadelphia County and is currently pending under Case ID: 220902934.  A true and correct copy of the Complaint is attached hereto.  *See **Exhibit A.***

2. Plaintiff filed her Complaint as part of the Major Jury program and specifically pleads her damages are in excess of $75,000.00.

3. Defendant CEC Entertainment, LLC (improperly named as "CEC Entertainment, Inc. d/b/a "Chuck E. Cheese" and CEC Entertainment Concepts, LLC) was served on October 13, 2022.

4. An Affidavit of Service has not yet been filed on the docket.

5. Defendant CEC Entertainment, LLC consents to the filing of this Notice of Removal.

6. Defendant Sitala Terrell-Randolph consents to the filing of this Notice of Removal

1

7. As of the date of the filing of this Notice of Removal, Defendant LIDL US Operations, LLC has not yet been served.  *See **Exhibit B** (Docket).*

## I. **Removal Is Based on Diversity of Citizenship**

8. This Notice of Removal is based on diversity of citizenship.

9. Pursuant to 28 U.S.C. §1332, diversity is appropriate where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

10. Plaintiff, Azalia Graham is a citizen of the Commonwealth of Pennsylvania.

11. Defendant CEC Entertainment, LLC is a citizen of the State of Texas.

12. Defendant LIDL US Operations LLC is a Citizen of the Commonwealth of Virginia.

13. Defendant Sitala Terrell-Holloway is a Citizen of the Commonwealth of Pennsylvania.

14. 28 U.S.C. §1441- Removal of Civil Actions, states, in relevant part:

> A civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) of this title may not be removed if any of the parties in interest ***properly joined and served*** as defendants is a citizen of the State in which such action is brought. 28 U.S.C. §1441 (b)(2) (emphasis added).

15. Pursuant to 28 U.S.C. §1446(b)(2)(A):

> When a civil action is removed solely under section 1441(a), all defendants who have been properly joined and served must join in or consent to the removal of the action.

16. Defendant LIDL US OPERATIONS, LLC has not yet been served, therefore, consent is not needed from LIDL to file this Notice of Removal.

2

## II. Defendant Sitala Terrell-Holloway Is A Fraudulently Joined Defendant And Her Citizenship Should Not Be Considered For Purposes Of This Notice Of Removal.

17. It is believed and therefore averred that Defendant Sitala Terrell-Holloway was fraudulently named as a defendant in this action solely to defeat diversity jurisdiction.

18. "The doctrine of fraudulent joinder represents an exception to the requirement that removal be predicated solely upon complete diversity." In re Briscoe, 448 F.3d 201, 215-216 (3d. Cir. 2006).

19. When a complaint names a defendant "who [is] not of diverse citizenship from the plaintiff, the diverse defendant may still remove the action if it can establish that the non-diverse defendants were 'fraudulently' named or joined solely to defeat diversity jurisdiction." Id. at 216.

20. Joinder is fraudulent *when there is no reasonable basis in fact supporting the claim against the joined defendant*, or when there is *no real intention in good faith to prosecute the action against the defendant* or seek a joint judgment. Abels v. State Farm Fire & Cas. Co., 770 F.2d 26, 32 (3d Cir 1985) (emphasis added).

21. If it is determined that the joinder was fraudulent, *the District Court can disregard, for jurisdictional purposes, the citizenship of nondiverse defendants*, and assume jurisdiction over a case, dismiss the nondiverse defendants, and thereby retain jurisdiction. Briscoe at 216 (emphasis added).

22. In this action, Defendant Sitala Terrell-Holloway appears to be a fraudulently joined Defendant.

23. As to Defendant Sitala Terrell-Holloway, the Complaint alleges:

3

a.      Defendant, Sitala Terrell-Holloway, is a business entity registered to do business in the Commonwealth of Pennsylvania, with a business address listed in the caption of this Complaint, and which at all times material hereto was the owner, operator, maintainer, possessor, lessor, lessee and/or otherwise legally responsible for the care, control and safety of the premises located at  the Chuck E. Cheese, located at 9175 Roosevelt Blvd., Ste. 2, Philadelphia, PA 19114.  Complaint at ⁋5.

b.      At all times relevant hereto, Defendants, individually, jointly and/or through its agents, servants, franchisees, workmen and/or employees, had a duty to keep and maintain the aforesaid premises in a reasonably safe condition for those persons lawfully thereon, including Plaintiff.  Id. at ⁋9.

c.      On or about June 16, 2022, while on Defendants' premises Plaintiff was caused to slip and fall on a liquid substance that was on the floor, causing serious and permanent personal injuries on account of which this action is brought. Id. at ⁋10.

d.      At or about the same date, time and place in question, and for some period of time prior thereto, Defendants, acting individually, jointly and/or by and through their agents, servants, franchisees, workmen and/or employees, negligently and/or carelessly allowed and permitted dangerous and unsafe conditions to exist, including but not limited to, the conditions which directly resulted in the plaintiff's injuries.  Id. at ⁋11.

24. Each Count for Negligence is identical and alleges the "negligence" consisted of various

    acts or omissions delineated in subsections (a) through (g).

25. The negligence allegations against Defendant Sitala Terrell-Holloway are as follows:

a.    Failure to clean up the liquid substance;

b.    Failure to regard the rights, safety and position of the Plaintiff in and about the area of the aforementioned accident;

c.    Failure to request and supervise periodic inspections of the premises in and around the area where Plaintiff fell by Defendant's employees and/or agents;

d.    Failure to reasonably inspect, maintain and/or otherwise exercise due and reasonable care under the circumstance in view of the foreseeable dangers, accidents and/or injuries that could occur as a result of the conditions on the premises;

4

    e.    Failure to provide sufficient warning to the Plaintiff as to the existence of the reasonably foreseeable defective, dangerous, and unsafe conditions giving rise to the instant action;

    f.    Failure to provide adequate safeguards to prevent the injury to Plaintiff;

    g.    Failure to exercise the proper care, custody and control over the aforesaid premises.

    <u>Complaint</u> at ¶30.

26. Defendant Sitala Terrell-Holloway is an individual, not a business entity.

27. There is not a business entity with a registered business address in Philadelphia by the name of "Sitala Terrell-Holloway", therefore the non-existent business entity SitalaTerrell-Holloway" is a fraudulently named Defendant. *See* ***<u>Exhibit C</u>*** *(Pennsylvania Corporation Search).*

**A.** ***There is no reasonable basis in fact to support any claims against Defendant Sitala Terrell-Holloway as an individual defendant.***

28. Assuming *arguendo*, that Plaintiff's allegation that Sitala Terrell-Holloway is a business entity was in error, and assuming Plaintiff meant to plead a cause of action against Sitala Terrell-Holloway as an individual subject to individual liability, she would still be a fraudulently named Defendant because there is no "reasonable basis in fact" supporting any of the claims against her.

29. First, Plaintiff fails to plead that Sitala Terrell-Holloway was an employee or agent acting in the course and scope of her employment of either corporate Defendant.

30. Second, Plaintiff fails to allege Sitala Terrell-Holloway was even working on the date of the incident.

31. Notably, Sitala Terrell-Holloway was *not working* on the date of the incident. *See* ***<u>Exhibit D</u>*** *(time punch).*

5

32. All of the alleged acts and/or omissions of negligence pled as (a)-(g) concern acts and/or omissions that would have occurred on the date of the incident.

33. As Defendant Sitala Terrell-Holloway was not working no the date of the incident she could not be liable for any of the allegations of negligence pled against her.

**B.** ***There is no reasonable basis to believe that Plaintiff has any "real intention in good faith to prosecute the action" against Defendant Terrell-Holloway.***

34. Even if the Plaintiff correctly pled that Ms. Terrell-Holloway was an employee and agent of CEC Entertainment, LLC, any liability attributable to her would be attributable to the corporate entity, CEC Entertainment, LLC, pursuant to the doctrines of vicarious liability and/or Respondeat Superior.

35. A simple google search reveals that Sitala Terrell-Holloway is a young woman (approximately 21 years of age) who lives with her father, Joshua Holloway.  *See **Exhibit E** (Google Search).*

36. Notably, the address on the google search is the same address on file with CEC Entertainment, LLC of its employee, Sitala Terrell-Holloway: 808 Fanshawe St., Philadelphia PA 19111.

37. The target Defendant is the corporate entity, not a 21-year-old woman (Sitala Terrell-Randolph) employed Chuck E. Cheese with no cognizable assets of any significant value.

38. Moreover, Sitala Terrell-Randolph has no ownership interest in CEC Entertainment, LLC, nor is she a named insured on its insurance policy.

39. There is no cognizable reason for Plaintiff to pursue a claim against Defendant Terrell-Holloway.

40. Defendants believe, and therefore aver, that Plaintiff does not have any "real intention in good faith to prosecute the action" against Defendant Terrell-Holloway.

41. There was ***no reason to name Sitala Terrell-Holloway as a Defendant other than to defeat diversity jurisdiction***.

42. For the foregoing reasons, Sitala Terrell-Holloway is should be deemed a fraudulently joined Defendant and her citizenship should be disregarded, for jurisdictional purposes, when considering this Notice of Removal.

43. Pursuant to 28 U.S.C. §1446(b)(1), this Notice of Removal is being filed within thirty (30) days of service of the Complaint on Defendant CEC Entertainment, LLC.

44. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice will be filed with the Philadelphia County Court of Common Pleas and service will be made on all parties.

DATE:  11/12/22                          /s/ Kelly Trewella
                                         KELLY A. TREWELLA, ESQUIRE
                                         *Attorney for Defendant CEC Entertainment, LLC*
                                         *and Defendant Sitala Terrell-Holloway*

7

**CERTIFICATE OF SERVICE**

I certify that I served a true and correct copy of the foregoing Notice of Removal was served on the below listed parties and/or their counsel, addressed as follows:

***Via Email and ECF:***
Simon & Simon
Marc I. Simon, Esq.
Harry Gosnear, Esquire
18 Campus Blvd., Suite 100
Newtown Square, PA 19073

***Via USPS First Class Mail***
LIDL US Operations LLC
3500 S. Clark St.
Arlington, VA 22202


NAULTY SCARICAMAZZA & McDEVITT, LLC


DATE: 11/12/22

*/s/ Kelly A. Trewella*
KELLY A. TREWELLA, ESQUIRE
*Attorney for Defendant CEC Entertainment, LLC
and Defendant Sitala Terrell-Holloway*

8

# *Exhibit A*

THIS IS NOT AN ARBITRATION COMPLAINT
AN ASSESSMENT OF DAMAGES HEARING
IS REQUIRED

*Filed and Attested by the
Office of Judicial Records
29 SEP 2022 11:43 am
I. LOWELL*

**SIMON & SIMON, P.C.**

| | |
|---|---|
| BY: Marc I. Simon, Esquire | Christopher Green, Esquire |
| Joshua A. Rosen, Esquire | Kane Daly, Esquire |
| Matthew J. Zamites, Esquire | Brittany Sturges, Esquire |
| Brian F. George, Esquire | Kelly Peterson, Esquire |
| Andrew Baron, Esquire | Roman Galas, Esquire |
| Joshua Baer, Esquire | Christopher Burruezo, Esquire |
| Michael K. Simon, Esquire | Anthony Canale, Esquire |
| Sam Reznik, Esquire | Sam Gangemi, Esquire |
| Mary G. McCarthy, Esquire | Blaise Richards, Esquire |
| Harry Gosnear, Esquire | Abigail Boyd, Esquire |
| Daniel Ward, Esquire | Ari Sliffman, Esquire |

Attorney ID No.'s:                           ***Attorneys for Plaintiff***
*201798*

18 Campus Blvd., Suite 100
Newtown Square, PA 19073
(215-467-4666)

---

| | | |
|---|---|---|
| Azalia Graham | : | COURT OF COMMON PLEAS |
| 5216 N Carlisle St | : | PHILADELPHIA COUNTY |
| Philadelphia, PA 19141 | : | |
| Plaintiff | : | September Term 2022 |
| v. | : | |
| | : | No. |
| CEC Entertainment Inc. d/b/a Chuck E. Cheese | | |
| 1707 Market Place Boulevard, Suite 200 | : | |
| Irving, TX, 75063 | : | |
| And | : | |
| CEC Entertainment Concepts, LLC | : | |
| 1707 Market Place Boulevard, Suite 200 | : | |
| Irving, TX, 75063 | : | |
| And | : | |
| LIDL US Operations, LLC | : | |
| 3500 S. Clark St, | : | |
| Arlington, VA, 22202 | ; | |
| And | : | |
| Sitala Terrell-Holloway | : | |
| 9175 Roosevelt Blvd., Ste. 2 | : | |
| Philadelphia, PA 19114 | : | |
| Defendants | : | |

Case ID: 220902934

## NOTICE TO DEFEND

### NOTICE

You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by Ms. Olson.  You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

**PHILADELPHIA BAR ASSOCIATION**
**LAWYER REFERRAL AND**
**INFORMATION SERVICE**
**One Reading Center**
**Philadelphia Pennsylvania 19107**
**Telephone:  (215) 238-6300**

### AVISO

Le han demandado a usted en la corte.  Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene viente (20) días de plazo al partir de la fecha de la demanda y la notificación.  Hace falta asentar una comparecencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona.  Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación.  Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda.  Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE.  SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

**ASOCIACIÓN DE LICENCIADOS DE**
**FILADELFIA**
**SERVICIO DE REFERENCIA E**
**INFORMACIÓN LEGAL**
**One Reading Center**
**Filadelfia, Pennsylvania 19107**
**Teléfono:  (215) 238-6300**

Case ID: 220902934

## COMPLAINT

1. Plaintiff, Azalia Graham, is an adult individual and resident of the Commonwealth of Pennsylvania, residing at the address listed in the above caption of this Complaint.

2. Defendant, CEC Entertainment Inc. d/b/a Chuck E. Cheese, is a business entity registered to do business in the Commonwealth of Pennsylvania, with a business address listed in the caption of this Complaint, and which at all times material hereto was the owner, operator, maintainer, possessor, lessor, lessee and/or otherwise legally responsible for the care, control and safety of the premises located at  the Chuck E. Cheese, located at 9175 Roosevelt Blvd., Ste. 2, Philadelphia, PA 19114.

3. Defendant, CEC Entertainment Concepts, LLC, is a business entity registered to do business in the Commonwealth of Pennsylvania, with a business address listed in the caption of this Complaint, and which at all times material hereto was the owner, operator, maintainer, possessor, lessor, lessee and/or otherwise legally responsible for the care, control and safety of the premises located at  the Chuck E. Cheese, located at 9175 Roosevelt Blvd., Ste. 2, Philadelphia, PA 19114.

4. Defendant, LIDL US Operations, LLC, is a business entity registered to do business in the Commonwealth of Pennsylvania, with a business address listed in the caption of this Complaint, and which at all times material hereto was the owner, operator, maintainer, possessor, lessor, lessee and/or otherwise legally responsible for the care, control and safety of the premises located at  the Chuck E. Cheese, located at 9175 Roosevelt Blvd., Ste. 2, Philadelphia, PA 19114.

5. Defendant, Sitala Terrell-Holloway, is a business entity registered to do business in the Commonwealth of Pennsylvania, with a business address listed in the caption of this Complaint, and which at all times material hereto was the owner, operator, maintainer, possessor, lessor,

lessee and/or otherwise legally responsible for the care, control and safety of the premises located at the Chuck E. Cheese, located at 9175 Roosevelt Blvd., Ste. 2, Philadelphia, PA 19114.

6.  Upon information and belief, Defendant regularly and systematically transact business in Philadelphia County so as to be subject to venue and in personem jurisdiction in Philadelphia.

7.  At all relevant times, Defendants were acting individually, jointly and/or by and through its agents, servants, franchisees, workmen and/or employees for the maintenance, repair, care and control of the premises located at the Chuck E. Cheese, located at 9175 Roosevelt Blvd., Ste. 2, Philadelphia, PA 19114, referred to hereinafter as "the premises."

8.  On or about June 16, 2022, Plaintiff was a business invitee, licensee and/or otherwise legally on Defendants' premises.

9.  At all times relevant hereto, Defendants, individually, jointly and/or through its agents, servants, franchisees, workmen and/or employees, had a duty to keep and maintain the aforesaid premises in a reasonably safe condition for those persons lawfully thereon, including Plaintiff.

10. On or about June 16, 2022, while on Defendants' premises Plaintiff was caused to slip and fall on a liquid substance that was on the floor, causing serious and permanent personal injuries on account of which this action is brought.

11. At or about the same date, time and place in question, and for some period of time prior thereto, Defendants, acting individually, jointly and/or by and through their agents, servants, franchisees, workmen and/or employees, negligently and/or carelessly allowed and permitted dangerous and unsafe conditions to exist, including but not limited to, the conditions which directly resulted in the plaintiff's injuries.

## COUNT I
**Azalia Graham v. CEC Entertainment Inc. d/b/a Chuck E. Cheese**
**Negligence**

12. The negligence of Defendants consisted of, <u>inter alia,</u> the following:

    a.  Failure to clean up the liquid substance;

    b.  Failure to regard the rights, safety and position of the Plaintiff in and about the area of the aforementioned accident;

    c.  Failure to request and supervise periodic inspections of the premises in and around the area where Plaintiff fell by Defendant's employees and/or agents;

    d.  Failure to reasonably inspect, maintain and/or otherwise exercise due and reasonable care under the circumstance in view of the foreseeable dangers, accidents and/or injuries that could occur as a result of the conditions on the premises;

    e.  Failure to provide sufficient warning to the Plaintiff as to the existence of the reasonably foreseeable defective, dangerous, and unsafe conditions giving rise to the instant action;

    f.  Failure to provide adequate safeguards to prevent the injury to Plaintiff;

    g.  Failure to exercise the proper care, custody and control over the aforesaid premises.

13. As a direct and consequential result of the negligent and/or careless conduct of the defendant, described above, the Plaintiff suffered various serious and permanent personal injuries, serious impairment of bodily function and/or permanent serious disfigurement and/or aggravation of pre-existing conditions, and others ills and injuries, knee, hip, and back, all to Plaintiff's great loss and detriment.

14. As a result of these injuries, all of which are permanent in nature and all of which are to Plaintiff's great financial detriment and loss, Plaintiff has in the past, is presently and may in the future suffer great anguish, sickness and agony and will continue to suffer for an indefinite time into the future.

15. As an additional result of the carelessness and/or negligence of Defendants, Plaintiff has suffered emotional injuries, along with the physical injuries suffered.

16. As a further result of Plaintiff's injuries, Plaintiff has in the past, is presently and may in the future undergo a great loss of earnings and/or earning capacity, all to Plaintiff's further loss and detriment.

17. Furthermore, in addition to all the injuries and losses suffered by Plaintiff, Plaintiff has also incurred or will incur medical, rehabilitative and other related expenses for which he makes a claim for payment in the present action.

WHEREFORE, Plaintiff, Azalia Graham, demands judgment in Plaintiff's favor and against Defendant, CEC Entertainment Inc. d/b/a Chuck E. Cheese, in an amount in excess of Seventy-Five Thousand ($75,000.00) Dollars, plus all costs and other relief this court deems necessary.

<u>**COUNT II**</u>
**Azalia Graham v. CEC Entertainment Concepts, LLC**
**Negligence**

18. The negligence of Defendants consisted of, <u>inter alia,</u> the following:

    a.  Failure to clean up the liquid substance;

    b.  Failure to regard the rights, safety and position of the Plaintiff in and about the area of the aforementioned accident;

    c.  Failure to request and supervise periodic inspections of the premises in and around the area where Plaintiff fell by Defendant's employees and/or agents;

    d.   Failure to reasonably inspect, maintain and/or otherwise exercise due and reasonable care under the circumstance in view of the foreseeable dangers, accidents and/or injuries that could occur as a result of the conditions on the premises;

    e.   Failure to provide sufficient warning to the Plaintiff as to the existence of the reasonably foreseeable defective, dangerous, and unsafe conditions giving rise to the instant action;

    f.   Failure to provide adequate safeguards to prevent the injury to Plaintiff;

    g.   Failure to exercise the proper care, custody and control over the aforesaid premises.

19. As a direct and consequential result of the negligent and/or careless conduct of the defendant, described above, the Plaintiff suffered various serious and permanent personal injuries, serious impairment of bodily function and/or permanent serious disfigurement and/or aggravation of pre-existing conditions, and others ills and injuries, knee, hip, and back, all to Plaintiff's great loss and detriment.

20.   As a result of these injuries, all of which are permanent in nature and all of which are to Plaintiff's great financial detriment and loss, Plaintiff has in the past, is presently and may in the future suffer great anguish, sickness and agony and will continue to suffer for an indefinite time into the future.

21.   As an additional result of the carelessness and/or negligence of Defendants, Plaintiff has suffered emotional injuries, along with the physical injuries suffered.

22.   As a further result of Plaintiff's injuries, Plaintiff has in the past, is presently and may in the future undergo a great loss of earnings and/or earning capacity, all to Plaintiff's further loss and detriment.

Case ID: 220902934

23. Furthermore, in addition to all the injuries and losses suffered by Plaintiff, Plaintiff has also incurred or will incur medical, rehabilitative and other related expenses for which he makes a claim for payment in the present action.

WHEREFORE, Plaintiff, Azalia Graham, demands judgment in Plaintiff's favor and against Defendant, CEC Entertainment Concepts, LLC, in an amount in excess of Seventy-Five Thousand ($75,000.00) Dollars, plus all costs and other relief this court deems necessary

**COUNT III**
**Azalia Graham v. LIDL US Operations, LLC**
**Negligence**

24. The negligence of Defendants consisted of, inter alia, the following:

a.  Failure to clean up the liquid substance;

b.  Failure to regard the rights, safety and position of the Plaintiff in and about the area of the aforementioned accident;

c.  Failure to request and supervise periodic inspections of the premises in and around the area where Plaintiff fell by Defendant's employees and/or agents;

d.  Failure to reasonably inspect, maintain and/or otherwise exercise due and  reasonable care under the circumstance in view of the foreseeable dangers, accidents and/or injuries that could occur as a result of the conditions on the premises;

e.  Failure to provide sufficient warning to the Plaintiff as to the existence of the reasonably foreseeable defective, dangerous, and unsafe conditions giving rise to the instant action;

f.  Failure to provide adequate safeguards to prevent the injury to Plaintiff;

g.  Failure to exercise the proper care, custody and control over the aforesaid     premises.

25. As a direct and consequential result of the negligent and/or careless conduct of the defendant, described above, the Plaintiff suffered various serious and permanent personal

injuries, serious impairment of bodily function and/or permanent serious disfigurement and/or aggravation of pre-existing conditions, and others ills and injuries, knee, hip, and back, all to Plaintiff's great loss and detriment.

26.   As a result of these injuries, all of which are permanent in nature and all of which are to Plaintiff's great financial detriment and loss, Plaintiff has in the past, is presently and may in the future suffer great anguish, sickness and agony and will continue to suffer for an indefinite time into the future.

27.  As an additional result of the carelessness and/or negligence of Defendants, Plaintiff has suffered emotional injuries, along with the physical injuries suffered.

28.  As a further result of Plaintiff's injuries, Plaintiff has in the past, is presently and may in the future undergo a great loss of earnings and/or earning capacity, all to Plaintiff's further loss and detriment.

29. Furthermore, in addition to all the injuries and losses suffered by Plaintiff, Plaintiff has also incurred or will incur medical, rehabilitative and other related expenses for which he makes a claim for payment in the present action.

WHEREFORE, Plaintiff, Azalia Graham, demands judgment in Plaintiff's favor and against Defendant, LIDL US Operations, LLC, in an amount in excess of Seventy-Five Thousand ($75,000.00) Dollars, plus all costs and other relief this court deems necessary

### COUNT IV
**Azalia Graham v. Sitala Terrell-Holloway**
**Negligence**

30. The negligence of Defendants consisted of, <u>inter alia,</u> the following:

a.  Failure to clean up the liquid substance;

b.  Failure to regard the rights, safety and position of the Plaintiff in and about the area of the aforementioned accident;

c.  Failure to request and supervise periodic inspections of the premises in and around the area where Plaintiff fell by Defendant's employees and/or agents;

d.  Failure to reasonably inspect, maintain and/or otherwise exercise due and reasonable care under the circumstance in view of the foreseeable dangers, accidents and/or injuries that could occur as a result of the conditions on the premises;

e.  Failure to provide sufficient warning to the Plaintiff as to the existence of the reasonably foreseeable defective, dangerous, and unsafe conditions giving rise to the instant action;

f.  Failure to provide adequate safeguards to prevent the injury to Plaintiff;

g.  Failure to exercise the proper care, custody and control over the aforesaid premises.

31. As a direct and consequential result of the negligent and/or careless conduct of the defendant, described above, the Plaintiff suffered various serious and permanent personal injuries, serious impairment of bodily function and/or permanent serious disfigurement and/or aggravation of pre-existing conditions, and others ills and injuries, knee, hip, and back, all to Plaintiff's great loss and detriment.

32.   As a result of these injuries, all of which are permanent in nature and all of which are to Plaintiff's great financial detriment and loss, Plaintiff has in the past, is presently and may in the future suffer great anguish, sickness and agony and will continue to suffer for an indefinite time into the future.

33.  As an additional result of the carelessness and/or negligence of Defendants, Plaintiff has suffered emotional injuries, along with the physical injuries suffered.

34.  As a further result of Plaintiff's injuries, Plaintiff has in the past, is presently and may in the future undergo a great loss of earnings and/or earning capacity, all to Plaintiff's further loss and detriment.

35. Furthermore, in addition to all the injuries and losses suffered by Plaintiff, Plaintiff has also incurred or will incur medical, rehabilitative and other related expenses for which he makes a claim for payment in the present action.

WHEREFORE, Plaintiff, Azalia Graham, demands judgment in Plaintiff's favor and against Defendant, Sitala Terrell-Holloway, in an amount in excess of Seventy-Five Thousand ($75,000.00) Dollars, plus all costs and other relief this court deems necessary

SIMON & SIMON, PC

_____

MARC I. SIMON, ESQUIRE
*Attorney for Plaintiff*

## **<u>VERIFICATION</u>**

I, Marc I. Simon, hereby state that I am the attorney for Plaintiff in the within action and that the facts set forth in this Civil Action Complaint above are true and correct to the best of my knowledge, information and belief.

I understand that the statements in this Verification are made subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities.

_____
Marc I. Simon

## <u>VERIFICATION</u>

I am the Plaintiff this action, and I hereby state that the facts set forth in the foregoing pleading are true and correct to the best of my knowledge, information and belief.  I understand that this Verification is subject to 18 Pa.C.S. § 4904 providing for criminal penalties for unsworn falsification to authorities.

DocuSigned by:

_Graham_

244A1E3F22C1458...

*Exhibit B*



No Items in Cart    **LOGOUT**   kjordan

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 220902934 |
| **Case Caption:** | GRAHAM VS CEC ENTERTAINMENT INC. ETAL |
| **Filing Date:** | Thursday , September 29th, 2022 |
| **Court:** | MAJOR NON JURY EXPEDITED |
| **Location:** | CITY HALL |
| **Jury:** | NON JURY |
| **Case Type:** | PREMISES LIABILITY, SLIP/FALL |
| **Status:** | WAITING TO LIST CASE MGMT CONF |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | SIMON, MARC I |
| **Address:** | SIMON & SIMON PC<br>18 CAMPUS BLVD<br>SUITE 100<br>NEWTOWN SQUARE PA 19073<br>(215)467-4666<br>CourtFilingsPHL2@gosimon.com | **Aliases:** | *none* | |
| | | | | |
| 2 | 1 | | PLAINTIFF | GRAHAM, AZALIA |
| **Address:** | 5216 N CARLISLE ST<br>PHILADELPHIA, PA 19141 | **Aliases:** | *none* | |
| | | | | |
| 3 | | | DEFENDANT | CEC ENTERTAINMENT INC |

| | | | | |
|---|---|---|---|---|
| **Address:** | 1707 MARKET PLACE BOULEVARD, SUITE 200 IRVING TX 75063 | **Aliases:** | CHUCK E CHEESE DBA | |
| | | | | |
| 4 | | | DEFENDANT | CEC ENTERTAINMENT CONCEPTS LLC |
| **Address:** | 1707 MARKET PLACE BOULEVARD, SUITE 200 IRVING TX 75063 | **Aliases:** | *none* | |
| | | | | |
| 5 | | | DEFENDANT | LIDL US OPERATIONS LLC |
| **Address:** | 3500 S. CLARK ST, ARLINGTON VA 22202 | **Aliases:** | *none* | |
| | | | | |
| 6 | | | DEFENDANT | SITALA TERRELL-HOLLOWAY |
| **Address:** | 9175 ROOSEVELT BLVD., STE. 2 PHILADELPHIA, PA 19114 | **Aliases:** | *none* | |
| | | | | |
| 7 | | | MOTION ASSIGMENT JUDGE | LANE, TIMIKA |
| **Address:** | 1216 STOUT CENTER FOR CJ 1301 FILBERT ST PHILADELPHIA PA 19107 | **Aliases:** | *none* | |
| | | | | |
| 8 | | | TEAM LEADER | FLETMAN, ABBE F |
| **Address:** | 229A CITY HALL PHILADELPHIA PA 19107 (215)686-2636 | **Aliases:** | *none* | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount |
|---|---|---|---|
| 29-SEP-2022 11:43 AM | ACTIVE CASE | | |

| Docket Entry: | E-Filing Number: 2209057710 | | |
|---|---|---|---|
| | | | |
| 29-SEP-2022 11:43 AM | COMMENCEMENT OF CIVIL ACTION | SIMON, MARC I | |
| Documents: | Click link(s) to preview/purchase the documents<br>Final Cover | Click HERE to purchase all documents related to this one docket entry | |
| Docket Entry: | *none.* | | |
| | | | |
| 29-SEP-2022 11:43 AM | COMPLAINT FILED NOTICE GIVEN | SIMON, MARC I | |
| Documents: | Click link(s) to preview/purchase the documents<br>Azalia Graham DCOM (PHL SF).pdf | Click HERE to purchase all documents related to this one docket entry | |
| Docket Entry: | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | |
| | | | |
| 29-SEP-2022 11:43 AM | WAITING TO LIST CASE MGMT CONF | SIMON, MARC I | |
| Docket Entry: | *none.* | | |
| | | | |
| 02-NOV-2022 09:09 AM | AFFIDAVIT OF SERVICE FILED | SIMON, MARC I | |
| Documents: | Click link(s) to preview/purchase the documents<br>(Graham) AOS Def Sitala Terrell-Holloway on 10.6.pdf | Click HERE to purchase all documents related to this one docket entry | |
| Docket Entry: | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON SITALA TERRELL-HOLLOWAY BY PERSONAL SERVICE ON 10/06/2022 FILED. (FILED ON BEHALF OF AZALIA GRAHAM) | | |
| | | | |
| 03-NOV-2022 08:55 AM | PRAECIPE TO REINSTATE CMPLT | SIMON, MARC I | |
| Documents: | Click link(s) to preview/purchase the documents<br>(Graham) Praecipe to Reinstate Complaint 11.3.22.pdf | Click HERE to purchase all documents related to this one docket entry | |
| Docket Entry: | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF AZALIA GRAHAM) | | |

▶ Case Description     ▶ Related Cases     ▶ Event Schedule     ▶ Case Parties     ▶ Docket Entries

E-Filing System     Search Home

# *Exhibit C*

 An Official **Pennsylvania** Government Website

 pennsylvania
DEPARTMENT OF STATE

Login

 Home

Search

 Forms

? Help

# Business Search

*As of 10/31/2022 we have processed all business filings received in our office through 10/18/2022.*

Business Search Info: ⌄

sitall terrell-holloway                                   🔍

Advanced ⌄



## No results were found for sitall terrell-holloway

Try your search again with different filters or a different search term.

Copyright © 2022

# *Exhibit D*

# Employee Punch Detail by Store

| Workday ID | First Name | Last Name | Store | POS Code | Date | Type |
|---|---|---|---|---|---|---|
| 000000000 | 1 | Kiosk | 437 | 9980 | 6/16/2022 | Shift |
| 000000000 | 2 | Kiosk | 437 | 9981 | 6/16/2022 | Shift |
| 000026506 | Dawn | Petro | 437 | 26506 | 6/16/2022 | Shift |
| 000026538 | Melissa | Mcfadden | 437 | 26538 | 6/16/2022 | Shift |
| 000220556 | Ladreya | Mack | 437 | 220556 | 6/16/2022 | Shift |
| 000254685 | Stephen | Vanderslice | 437 | 254685 | 6/16/2022 | Shift |
| 000387758 | Kyree | Johnson | 437 | 387758 | 6/16/2022 | Shift |
| 000404766 | Kyle | Gorham | 437 | 404766 | 6/16/2022 | Shift |
| 000404766 | Kyle | Gorham | 437 | 404766 | 6/16/2022 | Break |
| 000440055 | Kaylin | Coles | 437 | 440055 | 6/16/2022 | Shift |
| 000440436 | Tyana | Davis | 437 | 440436 | 6/16/2022 | Shift |
| 000448716 | Davontae | Williams | 437 | 448716 | 6/16/2022 | Shift |
| 000454628 | Matthew | Wells | 437 | 454628 | 6/16/2022 | Shift |
| 000454628 | Matthew | Wells | 437 | 454628 | 6/16/2022 | Break |
| 000455574 | Devon | Goodwin | 437 | 455574 | 6/16/2022 | Shift |
| 000460524 | Gisela | Rosario | 437 | 460524 | 6/16/2022 | Shift |
| 000460529 | Carl | Russ | 437 | 460529 | 6/16/2022 | Shift |

| In | Out | Paid Break | Unpaid Break | Total Hours |
|---|---|---|---|---|
| 2:07am | 2:00am | 0 | 0 | 23.88 |
| 2:07am | 2:00am | 0 | 0 | 23.88 |
| 8:14am | 4:12pm | 0 | 0 | 7.97 |
| 9:17pm | 10:04pm | 0 | 0 | 0.78 |
| 10:59am | 5:06pm | 0 | 0 | 6.12 |
| 8:38am | 5:21pm | 0 | 0 | 8.72 |
| 2:23pm | 10:04pm | 0 | 0 | 7.68 |
| 10:46am | 4:52pm | 0 | 0 | 6.10 |
| 3:50pm | 4:00pm | 10 | 0 | 0.00 |
| 4:00pm | 10:04pm | 0 | 0 | 6.07 |
| 4:00pm | 10:04pm | 0 | 0 | 6.07 |
| 5:00pm | 10:04pm | 0 | 0 | 5.07 |
| 12:04pm | 8:00pm | 0 | 0 | 7.43 |
| 2:37pm | 3:07pm | 0 | 30 | 0.00 |
| 9:59am | 4:16pm | 0 | 0 | 6.28 |
| 3:00pm | 7:22pm | 0 | 0 | 4.37 |
| 3:00pm | 7:22pm | 0 | 0 | 4.37 |

7/29/2022 2:06:21 PM

# *Exhibit E*

# 808 Fanshawe St Philadelphia, Pennsylvania 19111

## Joshua Holloway Age 54 (Mar 1968)

 **Current & Past Addresses**

Home address, apartment, business, and rental property addresses for Joshua Holloway

**808 Fanshawe St Philadelphia, PA 19111** *(Current Address)*

508 E Miner St West Chester, PA 19382 *(Dec 2005 - Sep 2022)*

3905 N Marshall St Philadelphia, PA 19140 *(May 2005 - Apr 2020)*

253 W Ruscomb St Philadelphia, PA 19120 *(Dec 2001 - Sep 2019)*

4237 Rhawn St Philadelphia, PA 19136 *(Mar 2018)*

More ➜

 **Phone Numbers**

Cell/mobile/wireless phone number and home telephone numbers for Joshua Holloway

████████████████████████

 **Also Known As**

Akas, alternate spellings, misspellings, maiden and married names for Joshua Holloway

Josh Holloway, Joshua Halloway, Joshua Hollualy, Joshua Hollowey, Joshua Hollow

**Possible Relatives**

Brothers, sisters, mother, father, wife, husband and exes for Joshua Holloway

Crystal Holloway, Flora M Holloway, Galvin Holloway, Horace Holloway, Kim A Holloway, Michael Anthony Holloway, Robert Holloway, Roland R Holloway

## Sitala Terrell-holloway Age 21 (Sep 2001)

 **Current & Past Addresses**

**808 Fanshawe St Philadelphia, PA 19111**

 **Phone Numbers**

███████████

 **Also Known As**

Sitala A Terrellholloway, Sitala Terrellhollowa, Sitala Terrell

 **Possible Relatives**

Euna M Terrell, Joshua Holloway, Kali S Terrell, Shaquan L Terrell, Shaquan L Terrell, Terris E Terrell

## Kali Terrell Age 48 (Mar 1974)

 **Current & Past Addresses**

**808 Fanshawe St Philadelphia, PA 19111** *(Current Address)*

253 W Ruscomb St Philadelphia, PA 19120 *(May 1995 - Jun 2018)*

118 E Pleasant St Philadelphia, PA 19119 *(Jan 1995 - Mar 2010)*

587 Allengrove St Philadelphia, PA 19120 *(Aug 2003 - Apr 2006)*

9,624

Shop now